MARC S. HINES (SBN 140065)
mhines@hineshamptonllp.com
CHRISTINE M. EMANUELSON (SBN 221269)
cemanuelson@hineshamptonllp.com
TUYET T. TRAN (SBN 245699)
ttran@hineshamptonllp.com
**HINES HAMPTON LLP**
34 Executive Park, Suite 260
Irvine, California 92614
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendant
ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

STEVEN C. SMITH (SBN 116246)
ssmith@smith-lc.com
DOUGLAS M. CAMPBELL (SBN 98353)
dcampbell@smith-lc.com
**SMITH LC**
3161 Michelson Drive, Suite 925
Irvine, California 92612
Tel.: (949) 416-5000
Fax: (949) 416-5555
Attorneys for Plaintiff
SEECHIN L. VAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| SEECHIN L. VAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation, qualified in California, and Does 1-20 and Roe Corporations 1-20, inclusive,<br><br>Defendants. | **CASE NO.:** 8:17-cv-01327 DOC(JDEx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [37]**<br><br>*[Joint Stipulation to Dismiss Action With Prejudice Filed Concurrently Herewith]* |

/ / /

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, pursuant to the confidential settlement reached between Plaintiff Seechin L. Van and Defendant Allied Property and Casualty Insurance Company, the above-referenced action is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: December 6, 2018

*David O. Carter*
DAVID O. CARTER
United States District Judge